IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02361-RPM

SHELIA ALLEN,

       Plaintiff,

v.

LEVEL 3 COMMUNICATIONS, LLC,
a corporation,

       Defendant.

**ORDER GRANTING JOINT MOTION TO AMEND SCHEDULING ORDER**

       THIS MATTER comes before the Court on the parties Joint Motion to Amend the Scheduling Order. The Court, having reviewed the Motion, the file, and otherwise being fully advised, hereby ORDERS that good cause exists and the joint motion is granted.

The discovery cutoff is hereby extended to October 15, 2007; and the dispositive motions deadline is hereby extended to November 15, 2007.

DATED this 6th day of July, 2007.

       BY THE COURT:

       s/Richard P. Matsch

       United States District Court Judge