IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02361-RPM

SHEILA ALLEN,

    Plaintiff

v.

LEVEL 3 COMMUNICATIONS, LLC,
a corporation,

    Defendant.

_____

**ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED BRIEF AND AFFIDAVIT OF DIANE GARCIA IN SUPPORT OF DEFENDANT'S MARCH 5, 2008 MOTION TO STRIKE THE AFFIDAVIT AND DISCLOSURE OF MARY ANN SOLEM (THOMAS)**
_____

    Upon consideration of defendant's Unopposed Motion for Leave to file Amended Brief and Affidavit of Diane Garcia in Support of Defendant's March 5, 2008, Motion to Strike the Affidavit and Disclosure of Mary Ann Solem (Thomas) [37], filed on April 8, 2008, it is

    ORDERED that the motion is granted and Defendant's Amended Motion to Strike the Affidavit and Disclosure of Mary Ann Solem (Thomas) and the Revised Affidavit of Diane Garcia in Support of Defendant's Motion to Strike the Disclosure and Affidavit of Mary Ann Solem (Thomas) attached thereto are filed. It is

    FURTHER ORDERED that plaintiff may re-file its responsive brief.

    DATED: April 10th, 2008

                               BY THE COURT:

                               s/Richard P. Matsch
                               _____
                               Richard P. Matsch, Senior Judge