IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02361-RPM

SHELIA ALLEN,

       Plaintiff,

v.

LEVEL 3 COMMUNICATIONS, LLC,
a corporation,

       Defendant.

---

**ORDER GRANTING DEFENDANT'S <u>UNOPPOSED</u> MOTION FOR LEAVE TO TAKE PRESERVATION DEPOSITION OF BRIDGET MILLS**

---

Upon consideration of Defendant's Unopposed Motion for Leave to Take Preservation Deposition of Bridget Mills, it is

ORDERED that the motion is granted.

DATED this 23rd day of October, 2008.

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior` Judge