**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:              June 19, 2009
Courtroom Deputy:  J. Chris Smith
FTR Technician:    Kathy Terasaki

_____

Civil Action No. 06-cv-02361-RPM

SHELIA ALLEN,                                           John R. Olsen

     Plaintiff,

v.

LEVEL 3 COMMUNICATIONS, LLC., a corporation,            David D. Powell, Jr.

     Defendant.
_____

### COURTROOM MINUTES
_____

**Hearing on Pending Motions**

**9:59 a.m.      Court in session.**

Court's preliminary remarks and states its understanding of the case.

10:06 a.m.   Argument by Mr. Powell.
10:14 a.m.   Argument by Mr. Olsen.
10:24 a.m.   Rebuttal Argument by Mr. Powell.

Court's findings and conclusions as stated on record.

**ORDERED:** Defendant's Motion for Summary Judgment, filed December 17, 2007 [21], is granted.  Case is dismissed.

**ORDERED:** Defendant's Motion to Strike the Affidavit and Disclosure of Mary Ann Solem (Thomas), filed March 5, 2008 [30], is denied.

**ORDERED:** Plaintiff's Motion to Conduct Limited Additional Documentary Discovery, filed April 9, 2008 [38], is moot.

**10:27 a.m.   Court in recess.**

Hearing concluded.  Total time in court: 28 min.