IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  06-cv-02361-RPM

SHELIA ALLEN,

    Plaintiff,

vs.

LEVEL 3 COMMUNICATIONS, LLC, a corporation,

    Defendant.

## ORDER FOR ENTRY OF JUDGMENT

Pursuant to the oral findings and conclusions expressed on the record at today's hearing, it is

ORDERED that the defendant's motion for summary judgment is granted and the clerk shall enter judgment dismissing all of the plaintiff's claims and awarding costs to the defendant.

Dated: June 19th , 2009

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge